**Tony Jose CARAPIA, Petitioner–Appellant,**

v.

**John MARSHALL, Warden, Respondent–Appellee.**

No. 07–56799.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

Heather Ruth Rogers, Law Office of Heather R. Rogers, San Diego, CA, for Petitioner–Appellant.

Tony Jose Carapia, Delano, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Elizabeth Voorhies, Esquire, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Tony Jose Carapia appeals from the district court's order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Carapia contends there was insufficient evidence to support the jury's finding he committed the offense "for the benefit of, at the direction of, or in association with" a criminal street gang and "with the specific intent to promote, further, or assist in any criminal conduct by gang members" under California Penal Code section 186.22(b)(1). The record reflects that the state court's rejection of this claim was neither contrary to, nor involved an unreasonable application of, clearly established federal law. *See* 28 U.S.C. § 2254(d)(1); *Jackson v. Virginia,* 443 U.S. 307, 318–19, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979). The record further demonstrates that the state court's decision was not based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings. *See* 28 U.S.C. § 2254(d)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.